UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
PORTLAND DIVISION

In Re: §
§
Albina Community Bancorp § Case No. 14-35284-tmb7
§
Debtor §

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

AMY MITCHELL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 239,695.80                          Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,933,801.94        Claims Discharged
                                                       Without Payment: NA

Total Expenses of Administration: 458,016.37

3) Total gross receipts of $ 4,391,818.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,391,818.31 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 458,016.37 | 458,016.37 | 458,016.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 7,538,688.27 | 7,538,688.27 | 3,933,801.94 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 7,996,704.64 | $ 7,996,704.64 | $ 4,391,818.31 |

4) This case was originally filed under chapter 7 on 09/17/2014 . The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/26/2018         By: /s/AMY MITCHELL
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Business Interest | 1129-000 | 75,000.00 |
| Financial Account | 1129-000 | 216,818.31 |
| Stock | 1129-000 | 1,250,000.00 |
| Transfer | 1241-000 | 1,850,000.00 |
| Transfer | 1249-000 | 1,000,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 4,391,818.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

Case 14-35284-tmb7    Doc 124    Filed 11/14/18

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amy Mitchell | 2100-000 | NA | 155,004.55 | 155,004.55 | 155,004.55 |
| Amy Mitchell | 2200-000 | NA | 221.67 | 221.67 | 221.67 |
| AMY MITCHELL | 2300-000 | NA | 183.94 | 183.94 | 183.94 |
| International Sureties Ltd. | 2300-000 | NA | 1,913.15 | 1,913.15 | 1,913.15 |
| UNION BANK | 2600-000 | NA | 12,259.56 | 12,259.56 | 12,259.56 |
| US Treasury | 2810-000 | NA | 6,629.00 | 6,629.00 | 6,629.00 |
| US Treasury (IRS) | 2810-000 | NA | 20,991.00 | 20,991.00 | 20,991.00 |
| Amy Mitchell | 2820-000 | NA | 425.66 | 425.66 | 425.66 |
| City of Portland | 2820-000 | NA | 4,590.00 | 4,590.00 | 4,590.00 |
| Oregon Dept. of Revenue | 2820-000 | NA | 66,038.00 | 66,038.00 | 66,038.00 |
| Leonard Law Group LLC | 3210-000 | NA | 174,559.00 | 174,559.00 | 174,559.00 |
| Leonard Law Group LLC | 3220-000 | NA | 2,276.59 | 2,276.59 | 2,276.59 |
| Bennington & Moshofsky PC | 3410-000 | NA | 12,871.00 | 12,871.00 | 12,871.00 |
| Bennington & Moshofsky PC | 3420-000 | NA | 53.25 | 53.25 | 53.25 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 458,016.37 | $ 458,016.37 | $ 458,016.37 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | CARROLL COMMUNITY DEVELOPMENT LLC | 7100-000 | NA | 150,000.00 | 150,000.00 | 78,272.27 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US BANK NATL ASSOC AS INDENTURE TR | 7100-000 | NA | 2,429,651.93 | 2,429,651.93 | 1,267,829.25 |
| 2 | US BANK NATL ASSOC AS INDENTURE TR | 7100-000 | NA | 4,959,036.34 | 4,959,036.34 | 2,587,700.42 |
| 4 | WF-AEF INVESTMENT FUND LLC INVEST | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 3 | WF-LIME WIND INVESTMENT FUND LLC | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 7,538,688.27 | $ 7,538,688.27 | $ 3,933,801.94 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-35284 | TMB | Judge: | Trish M. Brown | Trustee Name: | AMY MITCHELL |
|---|---|---|---|---|---|---|
| Case Name: | Albina Community Bancorp | | | | Date Filed (f) or Converted (c): | 09/17/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/23/2014 |
| For Period Ending: | 10/26/2018 | | | | Claims Bar Date: | 12/29/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Account<br><br>Albina Community Bank | 216,818.31 | 216,818.31 | | 216,818.31 | FA |
| 2. Stock<br><br>Albina Community Bank - 100,000 Shares<br>Subject to pre-petition Share Purchase Agreement. Stock will be sold after conclusion of litigation of transfers. If transfer is undone, Estate will hold entire interest and will liquidate. If transfer stands, Beneficial will acquire shares. | 963,000.00 | 963,000.00 | | 1,250,000.00 | FA |
| 3. Business Interest<br><br>Albina Equity Fund LLC  99.9% | 100,000.00 | 100,000.00 | | 75,000.00 | FA |
| 4. Preference<br><br>Payments to Albina Community Bank June 11, 2014 to filing Payments were regular reimbursement of payroll for Bancorp employees. Ordinary course/contemporaneous exchange. | 16,185.40 | 0.00 | | 0.00 | FA |
| 5. Preference<br><br>Payments to Graham Bryce<br>Payroll $45,999.98 (paid by Albina Community Bank - Bancorp reimbursed Bank).  Does not appear to be actionable transfer. | 45,999.98 | 0.00 | | 0.00 | FA |
| 6. Preference<br><br>Payment to Graham Bryce<br>March 2014<br>Creditor Hildene is pursuing pursuant to Derivative Standing Order.<br>This claim is resolved in settlement with individual defendants described at Asset #14. | 96,416.67 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Case 14-35284-tmb7    Doc 124    Filed 11/14/18

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-35284 | TMB | Judge: | Trish M. Brown | Trustee Name: | AMY MITCHELL |
|---|---|---|---|---|---|---|
| Case Name: | Albina Community Bancorp | | | | Date Filed (f) or Converted (c): | 09/17/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/23/2014 |
| For Period Ending: | 10/26/2018 | | | | Claims Bar Date: | 12/29/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7. Preference<br><br>Payments to Joey Ingman<br>Regular payroll (paid by Albina Community Bank - reimbursed by Bancorp)<br>Does not appear to be actionable transfer. | 21,093.75 | 0.00 | | 0.00 | FA |
| 8. Business Interest<br><br>Albina Statutory Trust I<br>Issued Trust Preferred Securities - no assets remain | 0.00 | 0.00 | | 0.00 | FA |
| 9. Business Interest<br><br>Albina Statutory Trust II<br>Issued Trust Preferred Securities - no assets remain | 0.00 | 0.00 | | 0.00 | FA |
| 10. Business Interest<br><br>Albina Development Co. LLC<br>No activity, no revenue, no assets. Name established - never used, per Mr. Ingman. | 0.00 | 0.00 | | 0.00 | FA |
| 11. Preference<br><br>Payment to Willis of Oregon, Inc.<br>Director's & Officer's Insurance (tail coverage)<br>Does not appear to be recoverable transfer. | 25,000.00 | 0.00 | | 0.00 | FA |
| 12. Prepaid Legal Fees<br><br>Debtor paid Graham & Dunn $10,000 on Sept. 17, 2014<br>Additional $25,000 was paid July 2014 for general legal work.<br>Possible unused retainer - disputed.<br>General deposit exhausted pre-petition. Amount paid for bankruptcy work does not appear to be recoverable for estate under terms of engagement agreement. | 35,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-35284 | TMB | Judge: | Trish M. Brown | Trustee Name: | AMY MITCHELL |
|---|---|---|---|---|---|---|
| Case Name: | Albina Community Bancorp | | | | Date Filed (f) or Converted (c): | 09/17/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/23/2014 |
| For Period Ending: | 10/26/2018 | | | | Claims Bar Date: | 12/29/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Transfer (u) <br><br>Sold real property to Beneficial State Bancorp <br>Debtor to provide documentation. <br>Creditor pursuing transfer per Derivative Standing Order. <br>**The amount shown is a placeholder value only.** <br>Claims include transfer claims, tortious interference and aiding and abetting. <br>Settled with individual defendants (directors and officers) for $1,000,000 on claims of breach of fiduciry duties. That settlement is subject to indemnity pending resolution of claims against Beneficial. | 0.00 | 0.00 | | 2,850,000.00 | FA |
| 14. Claims (u) <br><br>Potential legal malpractice claims <br>Posssible claims against multiple law firms that provided advice to Debtor, in particular related to tranfsers to Beneficial <br>There are potential conflicts of interest with the law firms that may give rise to malpractice claims. However, the Trustee believes that investigation and prosecution of any such claims would consume significant resources of the Estate. After consideration of administrative costs and potential recovery, it does not appear that pursuing these claims would yield funds for creditors. | 0.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)        $1,519,514.11        $1,279,818.31        $4,391,818.31        $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/15/2017     Current Projected Date of Final Report (TFR): 12/15/2018

Exhibit 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-35284
Case Name: Albina Community Bancorp
Trustee Name: AMY MITCHELL
Bank Name: Union Bank
Account Number/CD#: XXXXXX6686
Checking Account

Taxpayer ID No: XX-XXX9061
For Period Ending: 10/26/2018
Blanket Bond (per case limit): $78,753,461.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/24/14 | 1 | ALBINA COMMUNITY BANK | Bank Account | 1129-000 | $216,818.31 | | $216,818.31 |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $51.98 | $216,766.33 |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $322.24 | $216,444.09 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $311.69 | $216,132.40 |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $321.61 | $215,810.79 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $321.15 | $215,489.64 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $289.66 | $215,199.98 |
| 04/14/15 | 30001 | AMY MITCHELL P.O. Box 2289 Lake Oswego, OR 97035 | Bond Premium Reimbursement | 2300-000 | | $183.94 | $215,016.04 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $320.18 | $214,695.86 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $309.32 | $214,386.54 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $319.01 | $214,067.53 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $308.27 | $213,759.26 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $318.09 | $213,441.17 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $317.60 | $213,123.57 |

Page Subtotals: $216,818.31 $3,694.74

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-35284
Case Name: Albina Community Bancorp
Taxpayer ID No: XX-XXX9061
For Period Ending: 10/26/2018

Trustee Name: AMY MITCHELL
Bank Name: Union Bank
Account Number/CD#: XXXXXX6686
Checking Account
Blanket Bond (per case limit): $78,753,461.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $306.91 | $212,816.66 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $316.68 | $212,499.98 |
| 12/14/15 | 3 | WF Equity | Settlement Payment | 1129-000 | $75,000.00 | | $287,499.98 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $306.01 | $287,193.97 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $416.46 | $286,777.51 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $425.55 | $286,351.96 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $397.55 | $285,954.41 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $424.31 | $285,530.10 |
| 05/08/16 | 30002 | International Sureties Ltd. 701 Poydras St., Suite 420 New Orleans, LA 70139 | Premium - Bond #016027975 | 2300-000 | | $125.09 | $285,405.01 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $410.06 | $284,994.95 |
| 06/08/16 | | XL Speciality Insurance Co. | Settlement Payment | 1249-001 | $1,000,000.00 | | $1,284,994.95 |
| 06/08/16 | | XL Speciality Insurance Co. | Settlement Payment Reversal Recorded in wrong account. | 1249-000 | ($1,000,000.00) | | $284,994.95 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $422.97 | $284,571.98 |

Page Subtotals: $75,000.00 $3,551.59

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Case 14-35284-tmb7  Doc 124  Filed 11/14/18

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-35284 | Trustee Name: | AMY MITCHELL |
| Case Name: | Albina Community Bancorp | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX6686 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX9061 | Blanket Bond (per case limit): | $78,753,461.00 |
| For Period Ending: | 10/26/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/16 | 30003 | Leonard Law Group LLC<br>Attn: Justin Leonard<br>1 SW Columbia, Suite 1010<br>Portland, OR 97258 | Interim Distribution<br>Per Order 7/21/16 | | | $81,818.45 | $202,753.53 |
| | | Leonard Law Group LLC | ($81,277.60) | 3210-000 | | | |
| | | Leonard Law Group LLC | ($540.85) | 3220-000 | | | |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $408.72 | $202,344.81 |
| 08/24/16 | 30004 | City of Portland | 433187 Form C2014<br>Per Notice of Expenses 8/3/16 | 2820-000 | | $4,590.00 | $197,754.81 |
| 08/24/16 | 30005 | Amy Mitchell | Expense Reimbursement<br>Per Notice 8/3/16 | | | $425.66 | $197,329.15 |
| | | Amy Mitchell | Expense Reimbursement - ODR Annual Fee ($150.00) | 2820-000 | | | |
| | | Amy Mitchell | Expense Reimbursement - City of Portland Estimate ($275.66) | 2820-000 | | | |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $394.28 | $196,934.87 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $299.19 | $196,635.68 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $282.42 | $196,353.26 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $291.37 | $196,061.89 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $281.57 | $195,780.32 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $290.54 | $195,489.78 |

Page Subtotals: $0.00  $89,082.20

Case 14-35284-tmb7    Doc 124    Filed 11/14/18

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-35284 | Trustee Name: | AMY MITCHELL |
|---|---|---|---|
| Case Name: | Albina Community Bancorp | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX6686 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX9061 | Blanket Bond (per case limit): | $78,753,461.00 |
| For Period Ending: | 10/26/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $290.89 | $195,198.89 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $262.41 | $194,936.48 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $290.06 | $194,646.42 |
| 05/12/17 | 30006 | International Sureties Ltd. 701 Poydras St., Suite 420 New Orleans, LA 70139 | Bond Premium | 2300-000 | | $458.42 | $194,188.00 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $280.30 | $193,907.70 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $288.92 | $193,618.78 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $278.84 | $193,339.94 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $287.68 | $193,052.26 |
| 08/25/17 | | US Treasury | 2016 Income Taxes Required deposit via wire transfer for 2016 Federal Income Taxes. Payment per Order on Notice of Intent filed 7/14/17, no objections. | 2810-000 | | $6,629.00 | $186,423.26 |
| 08/25/17 | 30007 | Oregon Dept. of Revenue | OR-20V 93-1129061 (2016) | 2820-000 | | $855.00 | $185,568.26 |
| 08/25/17 | 30008 | Amy Mitchell | Expense Reimbursement Per Notice 7/14/17 | 2200-000 | | $575.66 | $184,992.60 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $284.87 | $184,707.73 |
| | | | Page Subtotals: | | $0.00 | $10,782.05 | |

UST Form 101-7-TDR (10/1/2010) (Page: 14)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-35284 | Trustee Name: AMY MITCHELL |
| Case Name: Albina Community Bancorp | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6686 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9061 | Blanket Bond (per case limit): $78,753,461.00 |
| For Period Ending: 10/26/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/09/17 | | Oregon Dept. of Revenue | Refund | 2820-000 | | ($1,850.00) | $186,557.73 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $266.00 | $186,291.73 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $276.30 | $186,015.43 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $267.90 | $185,747.53 |
| 03/01/18 | 30009 | Oregon Dept. of Revenue | OR-20V 93-1129061 (2017) | 2820-000 | | $67,033.00 | $118,714.53 |
| 03/02/18 | | US Treasury (IRS) | Wire Transfer - Tax Liability | 2810-000 | | $20,991.00 | $97,723.53 |
| 04/11/18 | | Transfer from Acct # xxxxxx7601 | Transfer of Funds | 9999-000 | $4,100,000.00 | | $4,197,723.53 |
| 04/16/18 | | Amy Mitchell | Return Erroneous Payment In preparation of final report, Trustee determined expenses had been reimbursed in error. | 2200-000 | | ($425.66) | $4,198,149.19 |
| 04/17/18 | 30010 | International Sureties Ltd. 701 Poydras St., Suite 420 New Orleans, LA 70139 | Bond Premium | 2300-000 | | $1,329.64 | $4,196,819.55 |
| 04/17/18 | 30011 | Bennington & Moshofsky PC 4800 SW Griffith Dr., Suite 350 Beaverton, OR 97005 | Accountant Fees & Expenses Per Order 4/16/18 | | | $12,924.25 | $4,183,895.30 |
| | | Bennington & Moshofsky PC | ($12,871.00) | 3410-000 | | | |
| | | Bennington & Moshofsky PC | ($53.25) | 3420-000 | | | |
| 07/19/18 | 30012 | Amy Mitchell P.O. Box 2289 Lake Oswego, OR 97035 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $155,004.55 | $4,028,890.75 |
| 07/19/18 | 30013 | Amy Mitchell P.O. Box 2289 Lake Oswego, OR 97035 | Final distribution representing a payment of 11.07 % per court order. | 2200-000 | | $71.67 | $4,028,819.08 |
| | | | Page Subtotals: | | $4,100,000.00 | $255,888.65 | |

UST Form 101-7-TDR (10/1/2010) (Page: 15)

Case 14-35284-tmb7    Doc 124    Filed 11/14/18

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-35284 | Trustee Name: | AMY MITCHELL |
|---|---|---|---|
| Case Name: | Albina Community Bancorp | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX6686 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX9061 | Blanket Bond (per case limit): | $78,753,461.00 |
| For Period Ending: | 10/26/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/19/18 | 30014 | Leonard Law Group LLC<br>Attn: Justin Leonard<br>1 SW Columbia, Suite 1010<br>Portland, OR 97258 | Final distribution to claim 6 representing a payment of 53.44 % per court order. | 3210-000 | | $93,281.40 | $3,935,537.68 |
| 07/19/18 | 30015 | Leonard Law Group LLC<br>Attn: Justin Leonard<br>1 SW Columbia, Suite 1010<br>Portland, OR 97258 | Final distribution to claim 6 representing a payment of 76.24 % per court order. | 3220-000 | | $1,735.74 | $3,933,801.94 |
| 07/19/18 | 30016 | CARROLL COMMUNITY DEVELOPMENT LLC<br>621 SW Morrison Suite 400<br>Portland, OR 97205 | Final distribution to claim 5 representing a payment of 52.18 % per court order. | 7100-000 | | $78,272.27 | $3,855,529.67 |
| 07/19/18 | 30017 | US BANK NATL ASSOC AS INDENTURE TR<br>Inst Trustee & Guarantee Trustee<br>Attn: James H Byrnes<br>One Federal St 3rd Floor<br>Boston, MA 02110 | Final distribution on Claim 1 per Court Order<br>Total distribution $1,267,829.25<br>First $411,042.50 paid directly to Hildene per agreement. | 7100-000 | | $856,786.75 | $2,998,742.92 |
| 07/19/18 | 30018 | US BANK NATL ASSOC AS INDENTURE TR<br>Inst Trustee & Guarantee Trustee<br>Attn: James H Byrnes<br>One Federal St 3rd Floor<br>Boston, MA 02110 | Final distribution on Claim 2 per Court Order<br>Total distribution $2,587,700.42<br>First $838,957.50 paid directly to Hildene per agreement. | 7100-000 | | $1,748,742.92 | $1,250,000.00 |
| 07/19/18 | 30019 | Hildene Opportunities Master Fund Ltd. | Final distribution on Claim 1 per Court Order<br>Distribution from US Bank<br>Claim dividend | 7100-000 | | $411,042.50 | $838,957.50 |
| 07/19/18 | 30020 | Hildene Opportunities Master Fund Ltd. | Final distribution on Claim 2 per Court Order<br>Distribution from US Bank<br>Claim dividend | 7100-000 | | $838,957.50 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $4,391,818.31 | $4,391,818.31 |
| Less: Bank Transfers/CD's | $4,100,000.00 | $0.00 |
| Subtotal | $291,818.31 | $4,391,818.31 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $4,028,819.08 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

| | | |
|---|---:|---:|
| Net | $291,818.31 | $4,391,818.31 |

Exhibit 9

| | | | |
|---|---|---:|---:|
| | Page Subtotals: | $0.00 | $0.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-35284 | Trustee Name: AMY MITCHELL |
| Case Name: Albina Community Bancorp | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX7601 |
| | Checking |
| Taxpayer ID No: XX-XXX9061 | Blanket Bond (per case limit): $78,753,461.00 |
| For Period Ending: 10/26/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/08/16 | 13 | XL Specialty Insurance Co. | Settlement Payment | 1249-000 | $1,000,000.00 | | $1,000,000.00 |
| 11/02/17 | 13 | CNA Financial | Settlement Payment | 1241-000 | $1,850,000.00 | | $2,850,000.00 |
| 11/27/17 | 2 | Beneficial State Bank | Stock Purchase | 1129-000 | $1,250,000.00 | | $4,100,000.00 |
| 04/11/18 | | Transfer to Acct # xxxxxx6686 | Transfer of Funds | 9999-000 | | $4,100,000.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,100,000.00 | $4,100,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $4,100,000.00 |
| Subtotal | $4,100,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,100,000.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 18)

Page Subtotals: $4,100,000.00 $4,100,000.00

Case 14-35284-tmb7    Doc 124    Filed 11/14/18

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6686 - Checking Account | $291,818.31 | $4,391,818.31 | $0.00 |
| XXXXXX7601 - Checking | $4,100,000.00 | $0.00 | $0.00 |
| | $4,391,818.31 | $4,391,818.31 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,391,818.31 |
| Total Gross Receipts: | $4,391,818.31 |

Page Subtotals: $0.00 $0.00